UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

NIKEE KOONCE,

        Plaintiff,

vs.

BRIGHTLINE MANAGEMENT LLC,

        Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, NIKEE KOONCE, by and through her undersigned counsel, and sues the Defendant, BRIGHTLINE MANAGEMENT LLC, and alleges as follows:

## INTRODUCTION

1.     This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff by the Family and Medical Leave Act, 29 U.S.C. 2601-2654 ("FMLA").

## JURISDICTION AND VENUE

2.     The Court has jurisdiction over their controversy based upon the FMLA, and venue is proper as all acts described herein occurred within this judicial district.

## PARTIES

3.     At all times material hereto, the Plaintiff was/is a citizen of the United States, sui juris, and an employee of the Defendant.

4.     At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the FMLA.

5.      At all times material hereto, Defendant was a Florida Corporation doing business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the FMLA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6.      The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action.

## STATEMENT OF FACTS

7.      The Plaintiff was an employee for the Defendant since November 2017.

8.      Plaintiff was in need of an FMLA medical leave of absence due to commence on February 17, 2019.

9.      However, two weeks before her leave was to begin, Plaintiff was suspended for an incident that happened with a customer who attempted to charge the gate to bypass security.

10.     This incident involved a co-worker and a manager, yet Plaintiff was suspended while the coworker and the manager were not disciplined in any way.

11.     Following this suspension, and just two days prior to her FMLA leave beginning, Plaintiff was terminated.

## COUNT I

## FMLA RETALIATION

12.     The Plaintiff incorporates by reference paragraphs 1-11 herein.

13.     At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

14.     As a result of this exercise of the FMLA, the Defendant intentionally, willfully and unlawfully retaliated against the Plaintiff, in violation of the FMLA.

15.     That the Defendant's decision to adversely affect the Plaintiff was both connected to, and in response to the Plaintiff's FMLA coverage.

16.     As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

17.     The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

WHEREFORE, the Plaintiff, NIKEE KOONCE, requests that judgment be entered against the Defendant, BRIGHTLINE MANAGEMENT LLC, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Dated: June 25, 2019.                              Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway, Suite 588
Sunrise, Florida  33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
chad@levylevylaw.com
Secondary: assistant@levylevylaw.com
F.B.N.: 0851701
DAVID M. COZAD, ESQ.
david@levylevylaw.com
F.B.N.: 333920